# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-1475

_____

| | | |
|---|---|---|
| Zhang Fen Zhan, | * | |
| | * | |
| Petitioner, | * | |
| | * | Petition for Review of an |
| v. | * | Order of the |
| | * | Board of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney General | * | |
| of the United States, | * | [UNPUBLISHED] |
| | * | |
| Respondent. | * | |

_____

Submitted: September 21, 2011
Filed: October 5, 2011

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Zhang Fen Zhan, a native and citizen of China, petitions for review of an order of the Board of Immigration Appeals, which affirmed an immigration judge's denial of asylum, withholding of removal, and relief under the Convention Against Torture. We conclude that the decision was supported by substantial evidence on the record as a whole. See Makatengkeng v. Gonzales, 495 F.3d 876, 881 (8th Cir. 2007). Accordingly we deny the petition for review.

_____